UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM T POSA
AKA: BILL POSA
DONNA M POSA

CHAPTER 13

Debtor(s)

CASE NO: 5-19-03815-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

vs.

WILLIAM T POSA
AKA: BILL POSA
DONNA M POSA

    Respondent(s)

### TRUSTEE'S MOTION TO DISMISS CASE

AND NOW, comes Jack N. Zaharopoulos, Esquire, Standing Chapter 13 Trustee, through his attorney Agatha R. McHale, Esquire, and brings this Motion to Dismiss Case, a statement of which follows:

1. Debtor(s) filed the above case on September 9, 2019.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - 12/12/2019, 07/15/2020, 11/10/2020.

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 3 months in default with arrearages of $373.78, along with their current regular monthly payment of $105.27, through May 16, 2022. The total arrearage amount therefore due is **$479.05.**

6. The non-payment of Debtor's plan obligation is

    a. a material default with respect to the confirmed plan; and

    b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated: May 16, 2022

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM T POSA
AKA: BILL POSA
DONNA M POSA                                         CHAPTER 13
    Debtor(s)                            CASE NO: 5-19-03815-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                                MOTION TO DISMISS
vs.
WILLIAM T POSA
AKA: BILL POSA  DONNA M POSA

    Respondent(s)

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney Agatha R. McHale, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to yourChapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

    June 7, 2022 at 09:30 AM
    U.S. Bankruptcy Court
    Max Rosenn U.S. Courthouse
    197 S. Main Street
    Wilkes Barre, PA

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2. You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated: May 16, 2022

Respectfully submitted,

/s/ Agatha R. McHale, Esquire
ID: 47613
Attorney for Movant
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: amchale@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM T POSA
AKA: BILL POSA
DONNA M POSA  CHAPTER 13

Debtor(s)

CASE NO: 5-19-03815-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

Movant  MOTION TO DISMISS

vs.

WILLIAM T POSA
AKA: BILL POSA  DONNA M POSA

Respondent(s)

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on May 16, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

PATRICK J BEST, ESQUIRE  Served electronically
ANDERS RIEGEL & MASINGTON
18 N 8TH STREET
STROUDSBURG, PA  18360-

WILLIAM T POSA  Served by 1st Class Mail
DONNA M POSA
423 RAMBLEWOOD DRIVE
SAYLORSBURG, PA  18353

United States Trustee
228 Walnut Street  Served electronically
Suite 1190
Harrisburg, PA  17101

I certify under penalty of perjury that the foregoing is true and correct.

Date:  May 16, 2022  /s/ Matt Arcuri
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: WILLIAM T POSA
AKA: BILL POSA
DONNA M POSA                                    CHAPTER 13

    Debtor(s)

                                                      CASE NO: 5-19-03815-MJC

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant                                    MOTION TO DISMISS

vs.

WILLIAM T POSA
AKA: BILL POSA  DONNA M POSA

    Respondent(s)

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.