# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

William T Posa,
aka Bill Posa,

**Debtor 1**

Donna M Posa,

**Debtor 2**

Chapter: 13

Case number: 5:19−bk−03815−MJC

Document Number: 83

Matter: Motion for Sale Free and Clear of Liens

WILLIAM T. POSA and
DONNA M. POSA,
**Movant(s)**

vs.

MONROE COUNTY TAX CLAIM BUREAU,
DAVID L. SLOTZFUS, :
JENNIFER ERLER−CILENTO, as Administrator
to the Estate of John K. Erler,
and
JACK N. ZAHAROPOULOS, Trustee
**Respondent(s)**

## Order

    Unless earlier served through CM/ECF, **IT IS ORDERED** that service of this Order and the above−referenced Motion shall be made by the moving party on all respondent(s) named in the Motion claiming an interest in the property, counsel, and in a Chapter 11 case service shall also be made upon the Trustee, if any, U.S. Trustee and the individuals identified in F.R.B.P. 4001(a)(1) and L.B.R 4001−6. Service shall be made within seven (7) days from the date hereof and certification of service filed with this Court within fourteen (14) days from the date hereof.

    **IT IS FURTHER ORDERED** that answers to the Motion must be served on the moving party and a copy filed with this Court, within fourteen (14) days from the service date of this Order. If no Response is filed, relief may be granted. A hearing will be held if a responsive pleading is timely filed, requested by the moving party, or ordered by the Court. If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the below date and time.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: 2/23/23 Time: 10:00 AM |
|---|---|

By the Court,

Mark J. Conway, United States Bankruptcy Judge

Case 5:19-bk-03815-MJC    Doc 86    Filed 01/20/23    Entered 01/20/23 07:04:46    Desc
Order Response and Hearing    Page 1 of 2

Dated:  January 20, 2023

Initial requests for a continuance of hearing *( L.B.F. 9013–4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty–four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074–1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

orreshrg(5/18)